**Robert Stanley PLIMPTON,**
**Plaintiff–Appellant,**

v.

**Evelyn COOPER; David Francis; Jack Horton; Mary Ann Enloe; Jim Stevens; Haywood County; C. Tom Alexander, III; Bobby Suttles; Dean Hen-**line, officially and individually private capacities; Steven J. Bryant; J. Marlene Hyatt, Judge; Charles W. Hipps, Defendants–Appellees.

No. 01–1551.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Robert Stanley Plimpton, pro se. Andrew Christian Buckner, Womble, Carlyle, Sandridge & Rice, Winston–Salem, NC; Paul A. Kaplan, Erik David Bolog, Womble, Carlyle, Sandridge & Rice, Washington, DC; Gerald Patrick Murphy, Assistant Attorney General, Raleigh, NC, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Plimpton appeals from the district court's orders dismissing as frivolous his three civil actions and denying his motion for reconsideration. Our review of the record and the district court's opinion and orders discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Plimpton v. Cooper*, 141 F.Supp.2d 573 (W.D.N.C.2001). We deny Plimpton's motion for production of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*